UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
**FILED**
APR 13 2023
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 23-13-DLB-CJS

DAVID LEE MITCHELL

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2252(a)(4)(B)

On or about June 29, 2022, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**DAVID LEE MITCHELL**

knowingly possessed one or more matters, which contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, by any means, including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct; to wit, digital videos and digital still images, including digital still images depicting prepubescent minors and minors who had not attained 12 years of age engaged in sexually explicit conduct, with such sexually explicit conduct including, but not limited to, sexual intercourse and the lascivious exhibits of the genitals and pubic area, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 2253

1. By virtue of the commission of the offense alleged in the Indictment, **DAVID LEE MITCHELL** shall forfeit to the United States any and all interest that he has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the violations of 18 U.S.C. § 2252; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violation of 18 U.S.C. § 2252; and any property, real or personal, used or intending to be used in the commission or promotion of the violation of 18 U.S.C. § 2252 or traceable to such property. Any and all interest that **DAVID LEE MITCHELL** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

2. The property to be forfeited includes, but is not limited to, the following:

   **ELECTRONIC EQUIPMENT:**
   a. Samsung Portable SSD T5, Model: MU-PA500B, Serial Number: S49WNV0MA08741E; and
   b. Seagate Barracuda Internal Hard Drive, Model: ST1000DM003, Serial Number: Z1D0N10R.

**FOREPERSON**

_/s/ Wm S L_
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

Not more than 10 years imprisonment, a $250,000 fine, and supervised release for not less than 5 years and up to life.

If any visual depiction involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, not more than 20 years imprisonment, a $250,000 fine, and supervised release for not less than 5 years and up to life.

**PLUS:**  Forfeiture of all listed property.

**PLUS:**  Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or § 2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by § 2259(c)(3), which includes offenses under 18 U.S.C. §§ 2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of §§ 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. § 2259(c)(1), which includes offenses under 18 U.S.C. §§ 2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in § 2256).

**PLUS:**  Restitution, if applicable